IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                      No. 3:13-CR-30012-001 and -002

CHARLES EDWARD ELLIOTT; and
NICHOLAS KRUG                                              DEFENDANTS

## **AMENDED ORDER**

The Court previously entered text-only orders granting the Government's motion (Doc. 37) to continue the trial previously set in this matter for January 6, 2014. This Amended Order is entered to reflect that the Court finds that the basis for the continuance is the unavailability of an essential Government witness.

The Government represents that the primary alleged victim in this case, Ruthann Currence, was unavailable for trial on January 6, 2014 as she was scheduled to have a double mastectomy and had been advised not to travel until she recovered from the procedure. Ms. Currence resides in California, and the Court finds that her inability to travel due to her surgery makes her unavailable for purposes of the Speedy Trial Act. 18 U.S.C. § 3161(h)(3)(A). As Ms. Currence is the primary alleged victim in this matter, the Court also finds that she is an essential witness for purposes of the Speedy Trial Act. *Id*. Furthermore, Defendants do not object to the continuance.

The Court finds that the ends of justice served by allowing a continuance of this matter outweigh the best interest of the public and the defendant in a speedy trial, because otherwise an essential Government witness would be unavailable to testify. The time from January 6, 2014 to April 21, 2014 is excludable for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(3)(A).

IT IS THEREFORE ORDERED that the Government's motion (Doc. 37) for continuance is GRANTED. This case has been reset for jury trial the week of April 21, 2014.

**IT IS SO ORDERED** this 13th day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE